RECEIVED
IN LAKE CHARLES, LA
FEB 15 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **THOMAS B. CURRY** | : | **DOCKET NO. 05 CV 1873** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **JOEL D. ALEXANDRE, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Before the Court is "Plaintiff's Appeal to the Denial to Appoint Counsel" (doc. #9) filed by *pro se* plaintiff, Thomas B. Curry, wherein the mover seeks to have this Court request that an attorney represent the Plaintiff. On December 14, 2005, Magistrate Judge Wilson through a Memorandum Order denied Mr. Curry's motion for appointment of counsel because Plaintiff failed to demonstrate "exceptional circumstances" which would warrant the appointment of counsel, and he failed to take any action on his own behalf. For those same reasons, it is

**ORDERED, DECREED AND ADJUDGED** that Plaintiff's appeal of the Magistrate's Ruling is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of February, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE